06/16/2022

Christopher Bertman

Dear Chris,

We are pleased to offer you the full-time position of Staff Writer at Timcast Media Group. We believe your skills and experience are an excellent match for our company.

The annual starting salary for this position is $60,000 to be paid on a weekly basis by direct deposit.

Your employment with Timcast Media Group will be on an at-will basis, which means you and the company are free to terminate the employment relationship at any time for any reason. This letter is not a contract or guarantee of employment for a definitive period of time.

Please confirm your acceptance of this offer by signing and returning this letter.

We are excited to have you join our team! If you have any questions, please feel free to reach out at any time.

Sincerely,


Alison Neubauer
COO

Signature: _____ *Christopher Bertman* _____
DocuSigned by:
14763C2DA2B349D
Printed Name: ___Christopher Bertman_____
Date: ___6/22/2022_____

EXHIBIT A