

EXHIBIT C

web.archive.org/web

https://theamericanbeat.com/dig    Go    OCT   NOV   DEC
9 captures                                12
03 Aug 2023 - 08 Dec 2024          2023  2024  2025

image

# The Death Of Masculinity: People Magazine Labels Benny Blanco One Of The Sexiest Men Alive

Since when did being able to cook a Taco Bell dish at home qualify someone as the epitome of sexiness?

By: Chris Bertman
November 12 2024

image

https://theamericanbeat.com/dig   Go   OCT   NOV   DEC

9 captures
3 Aug 2023 - 8 Dec 2024

12

2023   2024   2025

# Mattel's Shocking Oversight: Leftists Promote Smut to Kids with New "Wicked" Dolls!

The left's constant push for edgy content has now infiltrated even the toy aisle.

By: Chris Bertman

November 12 2024

# Live Nation Faces DOJ Showdown: Is It Time to Break Up the Big Music Monopoly?

The suit, filed earlier this year, highlights claims of "abuse, exploitation, and self-dealing," sparking bipartisan support and capturing the frustration of concertgoers nationwide.

By: S.L. Rachel

November 12 2024

https://theamericanbeat.com/dig    Go    OCT    **NOV**    DEC

**9 captures**

◀    **12**    ▶

3 Aug 2023 - 8 Dec 2024       **2023**  **2024**  2025

image

## Joker Actor Slams Sequel as "The Worst Movie Ever Made" After Epic Box Office Failure

It's a reminder that movies should entertain, not preach or pander to expectations.

By: Chris Bertman
November 11 2024

image

## Billionaire or Bust? Springsteen Denies $1.2B Fortune While Living the Leftist Dream

Now, while some might laud his philanthropy, like his covert donation to striking miners in the '80s, let's call a spade a spade – It turns out Springsteen's always been a card-carrying leftist.

By: Chris Bertman

https://theamericanbeat.com/dig    Go    OCT    **NOV**    DEC

9 captures
3 Aug 2023 - 8 Dec 2024    2023    **2024**    2025

By: Chris Bertman
November 11 2024



## Billionaire or Bust? Springsteen Denies $1.2B Fortune While Living the Leftist Dream

Now, while some might laud his philanthropy, like his covert donation to striking miners in the '80s, let's call a spade a spade — It turns out Springsteen's always been a card-carrying leftist.

By: Chris Bertman
November 11 2024

![image]

## Swifties Flee X for Liberal Echo Chamber as Trump's Election and Musk's Support Stir Backlash

It appears as though X's biggest opponents, who slammed Trump's creation of Truth

eamericanbeat.com

**The American beat**

f ✦ in ☉ ⛶

DIGEST     REVIEWS     VINTAGE     TRACKS

THE BEAT

# Billionaire or Bust? Springsteen Denies $1.2B Fortune While Living the Leftist Dream

by: C. Charles    November 11 2024

Source: "Bruce Springsteen" by afevrier is licensed under CC BY-NC-SA 2.0.



Bruce Springsteen, the iconic voice of the American working class, has hit a sour note by rejecting claims of his billionaire status. Despite Forbes estimating his net worth at a robust $1.2 billion in July, the "Born to Run" songwriter claims he's not even close, chalking it up to "superfluous spending" in a new interview with The Telegraph.



**billboard** ✓
@billboard · Follow

Bruce Springsteen Denies 'Wrong' Reports About His Billionaire Status, Says He Blew Cash on 'Superfluous Things'

billboard.com
Bruce Springsteen Denies 'Wrong' Reports About His Billionaire Status, Says He Blew Cash on...
Bruce Springsteen said a report earlier this year claiming ...

1:26 PM · Oct 28, 2024

♥ 21        💬 Reply      🔗 Copy link

Read 5 replies



CLARKSVILLE RIDGE PROFESSIONAL CENTER
Furnished, move-in-ready office suite in a mixed-use neighborhood center

CLARKSVILLE RIDGE PROFESSIONAL CENTER
12345 WAKE FOREST ROAD
Furnished, move-in-ready office suite in a mixed-use neighborhood center

CLARKSVILLE RIDGE PROFESSIONAL CENTER
Furnished, move-in-ready office suite in a mixed-use neighborhood center

Now, while some might laud his philanthropy, like his covert donation to striking miners in the '80s, let's call a spade a spade – It turns out Springsteen's always been a card-carrying leftist. His music, which once sang of the heartland, now seems to echo more of a 'tax the rich' vibe rather than the genuine American spirit of self-reliance and hard work.



KEEP UP WITH THE AMERICAN BEAT!

Get the latest Beat