## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TIMCAST MEDIA GROUP INC.                )
                                        )
                                        )
                                        )
         Plaintiff,                     )
                                        )
    vs.                                 )      Case No.:
                                        )
CHRISTOPHER BERTMAN                      )
                                        )
         Defendant.                     )
                                        )

### VERIFICATION

I, Tim Pool, as _____ (title) of Timcast Media Group, Inc.,

hereby certify and verify that I have read the Complaint in this matter in its entirety. I hereby

further verify and confirm that the representations within the Complaint are factually accurate to

the best of my knowledge.

Tim Pool, as ___CEO_____ (title)
of Timcast Media Group, Inc.

STATE OF ~~WEST VIRGINIA~~; Arizona

COUNTY OF Maricopa , TO-WIT:

The foregoing instrument was acknowledged before me this 30th day of September

2025, by Tim Pool, as ___CEO_____ (title) of Timcast media Group, Inc.

My commission expires: ___November 23, 2026_____

_____
NOTARY PUBLIC

KELLI P TAMEZ
Notary Public - Arizona
Maricopa County
Commission # 637110
My Comm. Expires Nov 23, 2026